# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | )
|---|---|
| **In Re DMCA Subpoena to Meta Platforms, Inc.** | ) )  ) |

## DECLARATION OF ALEX E. JONES

I, Alex E. Jones, declare, under penalty of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2. I am an attorney with the law firm of Kohrman Jackson & Krantz LLP. I represent Nancy Mikesa ("***Copyright Owner***").

3. Copyright Owner seeks to subpoena Meta Platforms, Inc. ("***Meta***") for documents containing personally-identifying information of a Facebook user, identified as Deliberate Acorn, who posted Copyright Owner's copyrighted content on the Facebook.

4. Specifically, this user posted a photograph that is a copyrighted image owned by the Copyright Owner.

5. The objective of subpoenaing Meta is to obtain the identities of the alleged infringers, and such information obtained from Meta will only be used for the purpose of protecting Copyright Owner's rights under 17 U.S. Code § 101, *et seq*.

6. Attached as Exhibit A to this Declaration is a true and correct copy of the notification sent to Meta, pursuant to 17 U.S.C. § 512(C)(3)(A).

DATED: July 8, 2025

_____
Alex E. Jones



ALEX E. JONES | Partner

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

**VIA EMAIL** (ip@fb.com)

July 3, 2025

Meta Platforms, Inc.
Attn: Meta Designated Agent
1601 Willow Road
Menlo Park, California 94025
650.543.4800 (phone)

   Re: **DMCA Takedown Notice**
   https://www.facebook.com/photo?fbid=122123802362746913&set=a.122108214602746913

Dear Sir or Madam:

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represents the owner (the "**Copyright Owner**") of the copyrighted image described below (the "**Copyrighted Work**"). This letter shall serve as notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act (**"DMCA"**).

It has come to our attention that a Facebook user posted the Copyrighted Work on Facebook at the following web address:
https://www.facebook.com/photo?fbid=122123802362746913&set=a.122108214602746913
(the "**Infringing Post**").

The Infringing Post was posted on April 24, 2025, by a user identified as Deliberate Acorn. The Infringing Post contains a photo that is a copyrighted image owned by the Copyright Owner. A screenshot of the post is attached as Exhibit A. The Copyright Owner owns the rights to the copyright and/or intellectual property associated with the Copyrighted Work, and the Infringing Post infringes on the Copyright Owner's rights in the Copyrighted Work.

We have a good faith belief that Facebook's display of the Copyrighted Work is not authorized by the Copyright Owner, any agent of Copyright Owner, nor any applicable law. The information in this notification is accurate. We swear under penalty of perjury that we are authorized to act on behalf of the Copyright Owner with respect to the subject matter of this letter.

**We therefore request that you remove the Infringing Post or delete the Infringing Post as set forth in and pursuant to Sections 512(c)(1)(C), Section 512(d)(3), and Section 512(b)(2)(E), as applicable, of the DMCA.** Please contact the undersigned no later than one week from the date of

---

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

A LAW FIRM **BUILT FOR BUSINESS.**

MERITAS



**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

this letter to confirm that the infringing materials have been removed or deleted. The undersigned may be contacted at the email address set forth above.

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

Alex E. Jones, Esq.

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com

**MERITAS**

A LAW FIRM **BUILT FOR BUSINESS.**

2



**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

Exhibit A



**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com



A LAW FIRM **BUILT FOR BUSINESS.**



**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com



**Deliberate Acorn**
April 24

It has been a week. I have not had any real free time over the past few days, so just getting caught up and trying to work my way through the workshop and meeting minutes. However, after making it just midway through today's citizen inquiries I had to pause and jot down a few thoughts I wanted to share:

Cause and Effect

No news source can be trusted; we create our own news source.

We are constantly being lied to; we dig for the truth.

You allow Gary and Nancy to keep their jobs; things with the city get worse.

You don't ask for facts, and for that matter, you take all of them at their word with no proof; the city continuously declines.

You train city staff that as long as you remain happy, you turn a blind eye; in return, they feed you lies to keep you happy.

It is time to wipe the slate clean, hit the restart button, and put things back to the way you found them. While you are so busy trying to show us and convince us that your way is better, you are missing all the people whispering to one another that they know you are full of it.

It has never been perfect, but it has never been this bad. See less

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center + Suite 2500
Columbus OH 43215

KJK.com



A LAW FIRM **BUILT FOR BUSINESS.**